# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Kevin Anthony LUNA<br><br>_Defendant_ | )<br>)  Case No. P.13-MJ-630<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Kevin Anthony LUNA                                                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
The Defendant did Knowingly and Intentionally attempt to Entice an individual who had not attained the age of 18 years to engage in sexual activity.

Date: 8/21/2013

_Issuing officer's signature_

City and state:   Alpine, Texas

B.Dwight Gains; U.S Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____<br><br>Date: _____                                          _____<br>                                                                                                _Arresting officer's signature_<br><br>                                                                                                Garry Scroggs; HSI/B.E.S.T Big Bend Agent<br>                                                                                                _Printed name and title_ |